IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stacey A. Calkins,  :
:
      Plaintiff(s),  :
:  Case Number: 1:11cv728
    vs.  :
:  Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
:
      Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 9, 2012 a Report and Recommendation (Doc. 9).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 10) and defendants filed a response to the objections (Doc. 11).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court concludes that the Administrative Law Judge committed no reversible error.  The finding of non-disability is supported by substantial evidence in the record.  Therefore, the Commissioner's decision to deny plaintiff DIB benefits is **AFFIRMED.**

This case is hereby **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Chief Judge Susan J. Dlott
                                                          United States District Court